■ In the Matter of THERESA M. KLER, as Administratrix of the Estate of VINCENT L. AUTRINO, Deceased, Doing Business as BLUE DAHLIA, Appellant, v. MARTIN EPSTEIN et al., Constituting the State Liquor Authority, Respondents. — Determination unanimously confirmed, without costs. (Review of the action of the State Liquor Authority revoking petitioner's liquor license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ In the Matter of JAMES C. DUNN, as Chief of Police of the City of Rome, Respondent, v. L. JAMES COCHIS et al., Appellants. — Determination unanimously affirmed, without costs of this appeal to any party. (Appeals from decision and findings of Russell C. Fielding, Commissioner of Public Safety of Rome, N. Y., dismissing both defendants from the Rome Police Department.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ LEONARD KNAUER, Respondent, v. CITY OF ROCHESTER, Appellant. — Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe County Court for plaintiff in a negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ MORRIS BERMAN, Appellant, v. CITY OF SYRACUSE, Respondent. — Judgment and order unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment and order of Onondaga Special Term, dismissing the complaint on motion by defendant at the close of plaintiff's opening to the jury, in an action to recover damages for the alleged illegal restraint of plaintiff.) Present — Bastow, J. P., Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FREDERICK ROBINSON, Appellant. — Order unanimously affirmed. (Appeal from order of Onondaga County Court denying without a hearing defendant's application for writ of error *coram nobis*.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ JOSEPH COCCO, Respondent, v. SATTLERS, INC., Appellant. — Judgment and order unanimously affirmed, with costs. (Appeal from judgment and order of Erie Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ WALTER GERREN, Appellant, v. NEW YORK, CHICAGO & ST. LOUIS RAILROAD COMPANY et al., Respondents. — Judgment insofar as it relates to defendant Van Dyke Taxi and Transfer, Inc., unanimously affirmed, without costs of this appeal to either party; judgment insofar as it relates to defendant New York, Chicago & St. Louis Railroad Company, unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: A question of fact was presented which should have been submitted to the jury, as to whether the defendant railroad company was negligent. (Appeal from judgment of Erie Trial Term dismissing the complaint on motions made at the close of plaintiff's case.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.